IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAZ ANTHONY HOOPER, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 20-921 |
| v. ) | Judge Nora Barry Fischer |
| ) | Chief Magistrate Judge Cynthia Reed |
| SUPERINTENDENT, WESTMORELAND ) | Eddy |
| COUNTY PRISON, et al. ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, this 30th day of November, 2020, after Petitioner Chaz Anthony Hooper filed a petition for writ of habeas corpus in the above-captioned matter, (Docket No. [6]), and after a Report and Recommendation was filed by Chief United States Magistrate Cynthia Reed Eddy recommending that such petition be dismissed, without prejudice, for failure to exhaust administrative remedies, and, that, to the extent one is needed, a certificate of appealability be denied, (Docket No. [24]), and establishing a deadline of November 20, 2020 for non-ECF registered individuals to file objections thereto, and no objections having been received as of the date of this Order, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus [6] is DISMISSED, without prejudice, for failure to exhaust administrative remedies;

IT IS FURTHER ORDERED that, to the extent needed, a certificate of appealability is DENIED;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this CASE CLOSED.

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

<i>s/ Nora Barry Fischer</i><br>
Nora Barry Fischer<br>
Senior U.S. District Judge

cc/ecf: Chief United States Magistrate Judge Cynthia Reed Eddy

       All counsel of record.

cc:    Chaz Anthony Hooper
       701-2020
       3000 South Grande Blvd.
       Greensburg, PA 15601
       (via regular mail).